AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) | FILED UNDER SEAL |
| --- | --- | --- |
| v. | ) | |
| John Kevin Phillips | ) | Case No.  1:17-cr-10018 JDB-egb |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 24, 2017__ in the county of __Madison__ in the __Western__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 875(c) | Interstate Communications |

This criminal complaint is based on these facts:
See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA Special Agent John Krieger
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  02/25/2017

s/Charmiane G. Claxton
_____
*Judge's signature*

City and state:  Jackson, Tennessee          Hon. Charmiane G. Claxton, U.S. Magistrate Judge
*Printed name and title*