# UNITED STATES DISTRICT COURT

Western **DISTRICT OF** Tennessee/Eastern Division

USA

V.

John Kevin Phillips

## EXHIBIT AND WITNESS LIST

Case Number: 1:17-10018-01-JDB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Daniel Breen | Beth Boswell | Marty McAfee |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Motion Hearing 3/22/2017 | Kristi Heasley | Evelyn Cheairs |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Defendant's Proof: |
| | | | | | Witness:  Robin Phillips |
| | | | | | Witness:  Jay Green |
| 1 | | 3/22/2017 | X | X | Photograph of John Kevin Phillips and others |
| 2 | | 3/22/2017 | X | X | Transcript of Probable Cause/Detention Hearing - March 2, 2017 |
| | | | | | Govt Witness:  John Krieger |
| 3 | | 3/22/2017 | X | X | (collective) Text Messages between John Kevin Phillips and the Office Manager |
| 4 | | 3/22/2017 | X | X | (collective) Text Messages between John Kevin Phillips and Angela Hazelhurst |
| 5 | | 3/22/2017 | X | X | Photograph of John Kevin Phillips |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages