**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) CR. NO. 1:17-10018-STA |
| JOHN KEVIN PHILLIPS, | ) |
| Defendant. | ) |

_____

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**
_____

This cause came to be heard on May 26, 2017, Assistant United States Attorney, Beth Boswell, appearing for the Government and the defendant, John Kevin Phillips, appearing in person, and with counsel, Marty McAfee and Michael Working.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **MONDAY, JULY 3, 2017 at 9:00 A.M., before Chief Judge S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 26th day of May, 2017.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT